UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TROY DEMOND KING,

        Plaintiff,

  v.

MARTIN O'MALLEY,

        Defendant.

Case No. 24-cv-02047-PCP

**ORDER DISMISSING CASE**

On April 8, 2024, the Court ordered plaintiff Troy Demond King to file a revised complaint and application to proceed in forma pauperis. Mr. King has not done so. Accordingly, as the Court indicated in its May 16, 2024 order, this case is dismissed without prejudice. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: June 3, 2024

_____
P. Casey Pitts
United States District Judge